# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TRAVIS BONDURANT,

             Plaintiff,

  v.

F. GONZALES, et al.,

             Defendants.

_____/

CASE NO.    1:11-cv-00159-GBC

ORDER GRANTING MOTION TO AMEND

(ECF No. 13)

 

Plaintiff Travis Bondurant ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  On January 28, 2011, Plaintiff filed this action.  (ECF No. 1.)  On March 17, 2011, Plaintiff filed a document titled Motion for Leave to File an Amended Complaint and simultaneously filed a First Amended Complaint.  (ECF Nos. 13 & 12.)  Because the Court had not yet acted on Plaintiff's original Complaint, the Court sees no reason not to allow Plaintiff to further amend his complaint. Accordingly, Plaintiff's Motion to Amend is GRANTED.  The Court will consider the March 17, 2011 First Amended Complaint to be the operative complaint in this case.

IT IS SO ORDERED.

Dated:     April 28, 2011

_____
UNITED STATES MAGISTRATE JUDGE