# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS BONDURANT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>F. GONZALES, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO.　1:11-cv-00159-GBC (PC)<br><br>ORDER DIRECTING CLERK TO RETURN ORIGINAL EXHIBITS AND FORWARD A COURTESY COPY OF THE FIRST AMENDED COMPLAINT TO PLAINTIFF<br><br>(ECF Nos. 12 & 18) |

**ORDER**

Plaintiff Travis Bondurant ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 2, 2011, Plaintiff filed documents related to his First Amended Complaint. (ECF No. 18.) The Court has deemed these documents exhibits to his First Amended Complaint and filed them as such. It appears that Plaintiff sent the original copies of these documents. Thus, the Court ORDERS that the original copies of the documents be returned to Plaintiff.

///

////

In the letter attached to the documents, Plaintiff also requests a copy of the First Amended Complaint.  This request is GRANTED.  The Court ORDERS that Plaintiff be provided with a courtesy copy of the First Amended Complaint filed March 17, 2011. (ECF No. 12.)

IT IS SO ORDERED.

Dated:   May 4, 2011

UNITED STATES MAGISTRATE JUDGE